# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

160517 & (20)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                              SC: 160517
                                               COA: 348966
                                               Calhoun CC: 2012-000819-FH
TRON ARIEL ROBINSON,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 24, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for bail is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



Clerk

b0610